_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 19-00308-JLS (JDEx)                         Date: November 18, 2019
Title:  Nehemiah Kong v. Tony Chen, et al.
_____

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

  Terry Guerrero                                               N/A
    Deputy Clerk                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

    Not Present                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE ("OSC")
                          REGARDING JOINT STATUS REPORT**

    On May 16, 2018, the Court issued an Order Granting Application for Stay and Early Mediation: ADA Disability Access Litigation that directed the parties to file a Joint Status Report no later than 7 days after completion of the ADR mediation. (*See* Doc. 24). On August 6, 2019, the Court issued an Order granting a continuance of the early mediation deadline from July 30, 2019 to September 30, 2019. (*See* Doc. 29). To date, the Court has not received a Joint Status Report filed by the parties.

    Accordingly, counsel is hereby ordered to show cause in writing no later than **November 25, 2019**, why this case should not be dismissed and/or issue sanctions for failure to comply with this Court's order. The Court will consider either the filing of a Notice of Settlement or a Stipulation of Dismissal, on or before the date upon which the response is due as a satisfactory response to the Order to Show Cause.


                                                                    Initials of Preparer:  tg

_____